THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER
California State Bar No. 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3532
    Facsimile: (714) 338-3523
    E-mail   : marcus.kerner@usdoj.gov
Attorneys for Defendant,
Michael J. Astrue, Commissioner of
Social Security

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DAVID A. RHONE, | No. CV 07-4271-OP |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court having received and approved the Stipulation for Voluntary Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall be entered remanding this action to the Commissioner of Social Security for further action consistent with the Stipulation for

/ / /

/ / /

/ / /

1  Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) lodged
2  concurrent with the lodging of the within Judgment.
3  DATED: June 30, 2008

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

THOMAS. P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

        /s/ Marcus M. Kerner
_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant

3